# Claims Proposed Distribution

### Case:  08-13504    SWITNIEWSKI, DONNA L

| Case Balance: | $1,112.95 | Total Proposed Payment: | $1,112.95 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | MORRIS L. HORWITZ <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 278.23 | 278.23 | 0.00 | 278.23 | 278.23 | 834.72 |
| B | MORRIS L. HORWITZ <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 5.28 | 5.28 | 0.00 | 5.28 | 5.28 | 829.44 |
| C | BULAN, CHIARI, HORWITZ & ILECKI, LLP <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 281.25 | 281.25 | 0.00 | 281.25 | 281.25 | 548.19 |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | 564.76 | 564.76 | 0.00 | 564.76 | 564.76 | |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 9,946.68 | 9,946.68 | 0.00 | 9,946.68 | 104.63 | 443.56 |
| 2 | Ann Gardania Hess | Unsecured | 6,479.61 | 6,479.61 | 0.00 | 6,479.61 | 68.16 | 375.40 |
| 3 | Resurgent Capital Services | Unsecured | 1,615.71 | 1,615.71 | 0.00 | 1,615.71 | 16.99 | 358.41 |
| 4 | Midland Credit Management, Inc. | Unsecured | 660.42 | 660.42 | 0.00 | 660.42 | 6.95 | 351.46 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 1,226.07 | 1,226.07 | 0.00 | 1,226.07 | 12.90 | 338.56 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 3,321.80 | 3,321.80 | 0.00 | 3,321.80 | 34.94 | 303.62 |
| 7 | Resurgent Capital Services | Unsecured | 804.13 | 804.13 | 0.00 | 804.13 | 8.46 | 295.16 |
| 8 | Resurgent Capital Services | Unsecured | 1,397.93 | 1,397.93 | 0.00 | 1,397.93 | 14.70 | 280.46 |
| 9 | Resurgent Capital Services | Unsecured | 324.88 | 324.88 | 0.00 | 324.88 | 3.42 | 277.04 |
| 10 | Roundup Funding, LLC | Unsecured | 406.82 | 406.82 | 0.00 | 406.82 | 4.28 | 272.76 |
| 11 | Resurgent Capital Services | Unsecured | 285.89 | 285.89 | 0.00 | 285.89 | 3.01 | 269.75 |
| 12 | Sallie Mae | Unsecured | 25,644.60 | 25,644.60 | 0.00 | 25,644.60 | 269.75 | 0.00 |
| **SUBTOTAL FOR   UNSECURED** | | | 52,114.54 | 52,114.54 | 0.00 | 52,114.54 | 548.19 | |
| | **Total for Case 08-13504 :** | | **$52,679.30** | **$52,679.30** | **$0.00** | **$52,679.30** | **$1,112.95** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $564.76 | $564.76 | $0.00 | $564.76 | 100.000000% |
| Total Unsecured Claims : | $52,114.54 | $52,114.54 | $0.00 | $548.19 | 1.051895% |